Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Chipotle Mexican Grill, Inc.,<br><br>Defendant. | Civil Action No: 17-cv-01172-GMN-GWF<br><br>**[PROPOSED] MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Kevin Zimmerman, by and through undersigned counsel, hereby requests the following extension of time for Plaintiff to file his Response to Defendant's Motion to Dismiss. In accordance with LR 6-1(c) the Motion to Dismiss was filed on June 1, 2017 therefore the current deadline for Plaintiff to file his Response is June 15, 2017.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) Plaintiff respectfully requests the Court extend the time for Plaintiff to file his Response to Motion to Dismiss for ten (10) days.

Plaintiff's counsel has conferred with opposing counsel ("Defendant") before filing this Motion to which Defendant did not oppose of this Motion. This extension is being requested in good faith and is the first request in this case.

**RESPECTFULLY** submitted on this 15th day of June, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

## **ORDER**

IT IS HEREBY ORDERED, the Plaintiff may have until Monday, June 26, 2017 in which to file its Response to Defendant's Motion to Dismiss.

DATED June 16th 2017

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

2